FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD PAUL NERY, <br><br> Defendant. | NO. CR 17-141-JAK <br><br> ORDER OF DETENTION AFTER HEARING <br><br> [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of 18 U.S.C. § 3146; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's submission on this issue and his history of failures to appear; and

1

B. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on his submission on this issue and extensive criminal history, including conviction for crimes of violence.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: October 7, 2022

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE