**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 5:18CR00171TJH - 2 |
| Plaintiff, | ) | |
| V. | ) | JUDGMENT AND COMMITMENT |
| | ) | ORDER UPON Revocation of |
| RAYMOND DIAZ, | ) | Supervised Release |
| Defendant, | ) | |

On this 6TH day of June, 2023, Defendant, RAYMOND DIAZ, appeared with his counsel, Richard D. Goldman, DFPD, for a hearing based on the Probation Officer's petition re: revocation of supervised release. The attorney for the government, Mr. Joseph De Leon, and United States Probation Officer Susie Rodriguez were also present.

Defendant was advised of his constitutional rights and his constitutional waivers are taken. Defendant voluntarily waived his right to a hearing on the petition of the Probation Officer to revoke supervised release. The Court questioned Defendant and Defendant admitted that he violated the conditions of supervision, as to Allegation Nos. 1 through 7, as charged in the petition.

THE COURT FINDS Defendant to be in violation of the terms of his supervised release, as alleged.

IT IS ORDERED that Defendant's supervised release is hereby revoked, vacated and set aside, and IT IS ORDERED and ADJUDGED that Defendant is hereby committed to the Bureau of Prisons for a term of time served and ordered to be released on June 7, 2023 (Release No. 18028). Upon release from the custody of the Bureau of Prisons, defendant shall be placed on supervised release for a period of twelve (12) months, under the same terms and conditions previously imposed, with the following added condition:

- Defendant shall reside at, participate in and successfully complete a twelve (12) month residential substance abuse treatment and counseling program at Canon Human Services Center, 9705 Holmes Avenue, Los Angeles, California 90002, as approved by the United States Probation & Pretrial Services Office, which shall include testing to determine whether Defendant has reverted to the use of drugs or alcohol; Defendant shall observe and comply with all the rules of the program.

Defendant shall be released directly to the Probation & Pretrial Services Office and transported directly to Canon Human Services Center.

It is further ordered that the Clerk of Court shall deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Date Filed: June 6, 2023     U. S. District Judge: _____
                                                    TERRY J. HATTER, JR.

CLERK, U.S. DISTRICT COURT

By _____
   Catherine J____,
   Courtroom Deputy Clerk

cc: AUSA, DFPD, USM , USPO